FILED

JAN 0 8 2021

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

US DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:21cr9 TSK/MJA |
| v. | Violations: 18 U.S.C. § 7(3) |
| DARIUS MCNEAL, | 18 U.S.C. § 13 |
| Defendant. | W. Va. Code § 61-8-9(a) |
| | W. Va. Code § 61-8-9(c) |

## INFORMATION

The United States Attorney charges that:

### COUNTS ONE THROUGH THREE

(Indecent Exposure)

On or about the dates listed in the chart below, in Gilmer County, West Virginia, within the Northern Judicial District of West Virginia, the defendant, **DARIUS MCNEAL**, at a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its jurisdiction, namely, Federal Correctional Institution Gilmer, intentionally exposed his sex organs to another person and engaged in masturbation, an overt act of sexual gratification, and, under circumstances in which **DARIUS MCNEAL** knew that his conduct was likely to cause affront and alarm, did so for the purpose of sexual gratification,

| COUNT | DATE |
|---|---|
| 1 | 11/8/2019 |
| 2 | 12/18/2019 |
| 3 | 6/17/2020 |

in violation of Title 18, United States Code §§ 7(3) and 13, and West Virginia Code, Chapter 61, Article 8, Sections 9(a) and (c).

WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney